# United States Court of Appeals

## For the Eighth Circuit

_____

No. 17-3534

_____

Harley Dean Meyer

*Plaintiff - Appellant*

v.

Thomas Haeg, Hennepin County Referee, in his official capacity; Stephen C. Aldrich, Hennepin County District Judge, in his official capacity; Virginia Ekola, Attorney, in her official capacity as an officer of Hennepin County District Court; David Gronbeck, Attorney, in his official capacity as an officer of Hennepin County District Court; Marilyn Kaman, Hennepin County District Judge, in her official capacity; Sara Burmeister, Oak Creek High School Superintendent, in her official capacity; Michael Read, Oak Creek High School Principal, in his official capacity; Dean Maus, Referree, in his official capacity; Jamie L. Anderson, State of Minnesota Judge, in her official capacity; Colleen A. Harris-Pearson; Allan Lindsay; Diane Lindsay; J. Does 1 and 2, in their official capacities (4th Judicial District); HealthPartners; Yuma Union High School District; James T. Swenson, Hennepin County 4th Judicial District Judge; Marybeth Dorn, Hennepin County Referee; Judge Lucy A. Wieland, in her official capacity; Judge Denise D. Reilly, in her official capacity; Judge Douglas L. Richards, in his official capacity; Judge Edward Toussaint, in his official capacity; Judge Charles A. Porter, in his official capacity; Judge Kevin G. Ross, in his official capacity; Marnette Hoisve, in her official capacity; Dr. Michael Fuhrman, of HealthPartners; Dr. Sonia Mosch, of HealthPartners; Janey Nelson, Mound Psychological Services; Jean Peterson, in her official capacity; Dr. John Prybl, of HealthPartners; J. Doe 3, (4th Judicial District - Court Administrator), in his or her official capacity; J. Does 4-8, (Hennepin County), in their official capacities; J. Does 9 and 21, (State of Minnesota), in their official capacities; J. Does 10, 20 and 40, (HHS-Regional Office), in their official capacities; J. Doe 11, (State Department), in his or her official capacity; J. Does 12 and 13, (US Bank); J. Does 14, 15 and 16, (Arizona Department of Economic Security Division of Support Enforcement), in their

official capacities; J. Doe 17, (Yuma Union School District), in his or her official capacity; J. Doe 18, (IRS), in his or her official capacity; J. Doe 19, (Wells Fargo Bank); J. Does 22-28, (State of Minnesota - Minnesota Supreme Court), in their official capacities; J. Doe 31, (State Auditor). in his or her official capacity; J. Doe 32, (Minnesota DHS Auditor), in his or her official capacity; J. Doe 33, (HHS auditor from regional office), in his or her official capacity; J. Doe 34, (State of Minnesota - executive policy maker), in his or her official capacity; J. Doe 35, (Non-Government Agency); J. Doe 36, (Unknown Company); J. Doe 38, (State of Minnesota), in his or her official capacity; J. Doe 39, (Non-Government Agency), in his or her official capacity; J. Doe 47, (State of Minnesota?/Hennepin County?), in his or her official capacity; J. Does 53-82; J. Does 83-91, in their official capacities

*Defendants - Appellees*

————————

Appeal from United States District Court
for the District of Minnesota - Minneapolis

————————

Submitted: February 5, 2019
Filed: March 28, 2019
[Unpublished]

————————

Before COLLOTON, SHEPHERD, and KOBES, Circuit Judges.

————————

PER CURIAM.

Harley Meyer appeals the following district court's[1] dismissal of his claims against numerous defendants, and grant of summary judgment against the remaining

———————————

[1]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Hildy Bowbeer, United States Magistrate Judge for the District of Minnesota.

defendants. Having carefully reviewed the record and the parties' arguments on appeal, we agree with the district court's well-reasoned decisions. See Montin v. Moore, 846 F.3d 289, 292 (8th Cir. 2017) (de novo review of Fed. R. Civ. P. 12(b) dismissal); Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (de novo review of summary judgment order). We also find no abuse of discretion in the district court's denial of Meyer's motions for joinder, for counsel, for leave to amend his complaint, to exclude evidence, and for relief under Federal Rule of Civil Procedure 60. See Int'l Bhd. of Teamsters v. Commercial Warehouse Co., 84 F.3d 299, 302 (8th Cir. 1996) (joinder); Williams v. Little Rock Mun. Water Works, 21 F.3d 218, 224 (8th Cir. 1994) (leave to amend complaint); Phillips v. Jasper Cty. Jail, 437 F.3d 791, 794 (8th Cir. 2006) (appointment of counsel in civil cases); Vasquez v. Colores, 648 F.3d 648, 652 (8th Cir. 2011) (evidentiary rulings); Jones v. Swanson, 512 F.3d 1045, 1048 (8th Cir. 2008) (Rule 60(b) motion).

Accordingly, we affirm the judgment. See 8th Cir. R. 47B. We also deny Meyer's appellate motions.

_____